**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-390 GMN (GWF) |
| BILAL R. FULLER, | ) |
| Defendant. | ) |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on January 18, 2012, defendant BILAL R. FULLER pled guilty to a One-Count Criminal Information charging him with Possession of a Stolen Firearm in violation of Title 18, United States Code, Section 922(j). Docket #44, #45, #47.

This Court finds defendant BILAL R. FULLER agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Information and in the Plea Memorandum. #44, #45.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Information and the Plea Memorandum and the offense to which defendant BILAL R. FULLER pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

    a.    a Winchester 12 gauge shotgun, Model 1300 Defender, serial number L2901651;

1          b.     West Point, Model 48, 12 gauge shotgun with an unidentifiable serial

2 number; and

3          c.     any and all ammunition ("property").

4     This Court finds the United States of America is now entitled to, and should, reduce the

5 aforementioned property to the possession of the United States of America.

6     NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

7 United States of America should seize the aforementioned property.

8     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

9 BILAL R. FULLER in the aforementioned property is forfeited and is vested in the United States of

10 America and shall be safely held by the United States of America until further order of the Court.

11     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

12 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

13 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the

14 time under the applicable statute when a petition contesting the forfeiture must be filed, and state the

15 name and contact information for the government attorney to be served with the petition, pursuant to

16 Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

17     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

18 with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

19     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

20 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

21 following address at the time of filing:

22        MICHAEL A. HUMPHREYS
           Assistant United States Attorney
23        DANIEL D. HOLLINGSWORTH
           Assistant United States Attorney
24        Nevada State Bar No. 1925
           Lloyd D. George United States Courthouse
25        333 Las Vegas Boulevard South, Suite 5000
           Las Vegas, Nevada 89101

26

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

**IT IS SO ORDERED** this 10th day of February, 2012.

_____
Gloria M. Navarro
United States District Judge