Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**January 15, 2020**

Name of Offender: **Bilal Rashan Fuller**

Case Number: **2:10CR00390**

Name of Sentencing Judicial Officer: **Honorable Gloria M. Navarro**

Date of Original Sentence: **May 8, 2012**

Original Offense: **Possession of a Stolen Gun**

Original Sentence: **120 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **September 6, 2019**

Name of Assigned Judicial Officer: **Honorable Gloria M. Navarro**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Mental Health Treatment** – You must participate in a mental health and/or cognitive behavioral treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

2. **No Alcohol** – You must not use or possess alcohol.

3. **Community Service** – You must complete 24 hours of community service within 45 days. The probation officer will supervise the participation in the program by approving the program (agency, location, frequency of participation, etc.). You must provide written verification of completed hours to the probation officer.

## CAUSE

The purpose of this report is to notify Your Honor of recent violation conduct perpetrated by Fuller and to request his conditions be modified as noted above.

By way of case history, Fuller was originally sentenced to one hundred twenty (120) months custody followed by three (3) years supervised release for committing the offense of Possession of a Stolen Gun. On September 6, 2019, Fuller commenced supervision in the District of Nevada.

On January 3, 2020, Your Honor modified Fuller's conditions to include up to 90 days placement at the Residential Re-entry Center (RRC) after his prior residence failed.

On January 4, 2020, Fuller was cited by the Henderson Police Department (HPD) for Failure to Register as a Convicted Person. In this incident, HPD conducted a traffic stop on a blue Chevrolet for not having a working license plate light. During a records check, HPD officers discovered Fuller was a convicted person and that he had failed to register his current address. Additionally, there were open containers of alcohol in the vehicle and one of the passengers in the vehicle was another person under federal supervision whom Fuller did not have permission to associate with.

Fuller violated his conditions of supervision in this incident in the following ways: 1) he committed a new law violation for failing to register, 2) he failed to report law enforcement contact within 72 hours, and 3) he was associating with a person convicted of a felony without permission. It is also concerning this incident occurred late into the evening and there were open containers of alcohol in the vehicle.

On January 14, 2020, the probation office received the incident report and scheduled Fuller to report to the office on January 15, 2020. Fuller reported as instructed, but prior to being granted access into the probation office, Court Security Officers (CSO) notified probation that Fuller appeared to be intoxicated and an odor of alcohol was observed on his breath. Fuller submitted to a breathalyzer test which yielded a .102 Breath Alcohol Content (BrAC). Fuller was given another breathalyzer approximately 15 minutes later which yielded a .095 BrAC. Fuller admitted to taking two shots of Hennessey prior to reporting to the probation office. It should be noted residents are not permitted to consume alcohol while at the RRC. Additionally, Fuller is not to consume alcohol to excess per his conditions of supervision and he violated this by having a BrAC above the legal limit.

In speaking with Fuller, he did not appear to understand why it was a problem that he failed to notify the probation office regarding the violation conduct above. Additionally, he failed to see any issue with reporting to the probation office intoxicated.

Upon returning to the RRC, Fuller submitted to a breathalyzer which yielded a .07 BrAC. Fuller received an incident report for violating the RRC rules. Fuller reported he could obtain his own residence the following day. On January 16, 2020, Fuller was provided a community pass to

secure his own residence. However, Fuller was not able to secure his own residence and subsequently failed to report back to the RRC. As a result, Fuller was labeled an absconder and program failure. Fuller has since obtained his own residence with the aid of his brother.

Fuller was participating in substance abuse treatment between February 21, 2018 and June 20, 2018. Upon his termination, it was suggested a psychiatric evaluation for mental health treatment be considered to increase his chances for success.

In order to address the violation conduct, hold him accountable, and provide services to assist his transition back into the community, we respectfully request Fuller's conditions be modified as noted above. Fuller is in agreement with the proposed modifications as witness by his signature on the attached Probation Form 49. Should there be any further violation conduct, we will promptly notify Your Honor.

Respectfully submitted,

Matthew S Martinez
2020.01.23 11:24:30
-08'00'

_____
Matthew S. Martinez
United States Probation Officer

RE: Bilal Rashan Fuller

Prob12B  
D/NV Form  
Rev. June 2014

Approved:

_____  Digitally signed by Brian Blevins  
Date: 2020.01.23 09:34:50 -08'00'

Brian Blevins  
Supervisory United States Probation Officer

---

*THE COURT ORDERS*

☐ No Action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above

☐ Other (please include Judicial Officer instructions below):

-------------------------------------------------------------------------------

-------------------------------------------------------------------------------

-------------------------------------------------------------------------------

_____  
Signature of Judicial Officer

January 23, 2020  
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Mental Health Treatment** – You must participate in a mental health and/or cognitive behavioral treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

2. **No Alcohol** – You must not use or possess alcohol.

3. **Community Service** – You must complete 24 hours of community service within 45 days. The probation officer will supervise the participation in the program by approving the program (agency, location, frequency of participation, etc.). You must provide written verification of completed hours to the probation officer.

Witness _____  Signed _____
        U.S. Probation Officer                        Probationer or Supervised Releasee

1/15/20
Date